UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLETCHER LEE SALAZAR,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:15-cr-00185-JTN-2

### ORDER

Defendant appeared before me on October 16, 2015, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  Defendant has been held in the custody of the Attorney General since February of 2015, as per order by this Court (Case 1:15-CR-0004-JTN, Dk. No. 11).

Accordingly, **IT IS ORDERED** that defendant is committed to the continued custody of the Attorney General pending trial in this matter.

**DONE AND ORDERED** this 16th day of October, 2015.

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge